VARIOSYSTEMS INC
901 S. KIMBALL AVE.
SOUTHLAKE TX 76092

0472-M850-DIRDEP
200
10399

| 07/13/2012 | Direct Deposit |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE TX 75052

Total Net Direct Deposit(s)
**$613.46**

AMOUNT

VOID THIS IS NOT A CHECK..........................................

JPMORGAN CHASE BANK

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE, TX 75052

Soc Sec #: XXX-XX-XXXX   Employee ID: 10399
Hire Date: 12/04/06
Status: FT
Filing Status:
Federal: Married, 1
State: TX, Married, 1
Dept: 200

Pay Period: 06/24/12 to 07/07/12
Check Date: 07/13/12   Check #: Direct Deposit

PTO BEGIN: 136.00

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED | |
|---|---|---|---|
| YEARLY TOT | 80.000 | 56.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CREDIT UNION - 0032 | 613.46 | 10986.03 |
| Net Pay | 613.46 | 10986.03 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 70.82 | 13.0000 | 920.66 | 1085.61 | 14112.83 |
| OVERTIME EARNIN | | | | 251.73 | 4806.76 |
| HOLIDAY | 8.00 | 13.0000 | 104.00 | 40.00 | 520.00 |
| SICK/PERSONAL | | | | 8.00 | 104.00 |
| PTO | 16.00 | 13.0000 | 208.00 | 56.00 | 728.00 |
| AFLAC PRETAX | | | -17.68 | | -221.68 |
| PX401K EE | | | -49.31 | | -814.95 |
| PX401K ERMATC - M | | | 24.65 | | 407.49 |
| HOURS WORKED | 70.82 | | | 1337.34 | |
| ADJ EARNINGS | | | 1165.67 | | 19337.06 |
| GROSS EARNINGS | 94.82 | | 1232.66 | 1441.34 | 20373.69 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 200.00 | 2790.00 |
| CHILD SUPPORT | 127.38 | 1783.32 |
| PX401K LOAN | 83.44 | 1168.16 |
| TOTAL | 410.82 | 5741.48 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 72.74 | 1470.96 |
| OASDI | 51.03 | 846.39 |
| MEDICARE | 17.62 | 292.20 |
| TOTAL | 141.39 | 2609.55 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 613.46 | 10986.03 |

Payrolls by Paychex, Inc.
0472-M850 VARIOSYSTEMS INC

VARIOSYSTEMS INC
901 S. KIMBALL AVE
SOUTHLAKE, TX 76092

0472-M650-DIRDEP
200
10399

| DATE | CHECK NO. |
|---|---|
| 06/29/2012 | Direct Deposit |

PAY TO THE ORDER OF

FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE TX 75052

Total Net Direct Deposit(s)
**$743.82**

AMOUNT

VOID THIS IS NOT A CHECK.............................................

JPMORGAN CHASE BANK

PAY ONLY 0 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

⇧ FOLD AND REMOVE                                          FOLD AND REMOVE ⇧

**PERSONAL AND CHECK INFORMATION**
FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE, TX 75052

Soc Sec #: XXX-XX-XXXX    Employee ID: 10399
Hire Date: 12/04/06
Status: FT
Filing Status:
Federal: Married, 1
State: TX, Married, 1
Dept: 200

Pay Period: 06/10/12 to 06/23/12
Check Date: 06/29/12    Check #: Direct Deposit

PTO BEGIN: 136.00

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED |
|---|---|---|
| YEARLY TOT | 96.000 | 40.000 HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CREDIT UNION - 0032 | 743.82 | 10372.57 |
| Net Pay | 743.82 | 10372.57 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 77.57 | 13.0000 | 1008.41 | 1014.79 | 13192.27 |
| OVERTIME EARNIN | 14.02 | 19.5000 | 273.39 | 251.73 | 4908.76 |
| HOLIDAY | | | | 32.00 | 416.00 |
| SICK/PERSONAL | | | | 8.00 | 104.00 |
| PTO | 8.00 | 13.0000 | 104.00 | 40.00 | 520.00 |
| AFLAC PRETAX | | | | | -204.00 |
| PX401K EE | | | -55.43 | | -785.64 |
| PX401K ERMATC - M | | | 27.72 | | 382.84 |
| *HOURS WORKED* | *91.59* | | | *1266.52* | |
| *ADJ EARNINGS* | | | *1330.37* | | *18171.39* |
| *GROSS EARNINGS* | *99.59* | | *1385.80* | *1346.52* | *19141.03* |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 200.00 | 2590.00 |
| CHILD SUPPORT | 127.38 | 1655.94 |
| PX401K LOAN | 83.44 | 1084.72 |
| TOTAL | 410.82 | 5330.66 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 97.44 | 1398.22 |
| CASDI | 58.20 | 795.36 |
| MEDICARE | 20.09 | 274.58 |
| TOTAL | 175.73 | 2468.16 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 743.82 | 10372.57 |

Payrolls by Paychex, Inc.
0472-M650 VARIOSYSTEMS INC

VARIOSYSTEMS INC
301 S. KIMBALL AVE
SOUTHLAKE TX 76092

0472-M650-DIRDEP
200
10399

| DATE | CHECK NO. |
|---|---|
| 06/15/2012 | Direct Deposit |

PAY TO THE ORDER OF

FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE TX 75052

Total Net Direct Deposit(s)
**$724.06**
AMOUNT

VOID THIS IS NOT A CHECK..........................................

JPMORGAN CHASE BANK

PAY ONLY 00 CTSCTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE, TX 75052

Soc Sec #: XXX-XX-XXXX    Employee ID: 10399
Hire Date: 12/04/06
Status: FT
Filing Status:
Federal: Married, 1
State: TX, Married, 1
Dept: 200

Pay Period: 05/27/12 to 06/09/12
Check Date: 06/15/12    Check #: Direct Deposit

PTO BEGIN: 144.00

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED |
|---|---|---|
| YEARLY TOT | 112.000 | 32.000 HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CREDIT UNION - 0032 | 724.06 | 9828.75 |
| Net Pay | 724.06 | 9828.75 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 72.20 | 13.0000 | 938.60 | 937.22 | 12183.66 |
| OVERTIME EARNIN | 11.88 | 19.5000 | 231.66 | 237.71 | 4635.37 |
| HOLIDAY | 8.00 | 13.0000 | 104.00 | 32.00 | 416.00 |
| SICK/PERSONAL | | | | 8.00 | 104.00 |
| PTO | 8.00 | 13.0000 | 104.00 | 32.00 | 416.00 |
| AFLAC PRETAX | | | -17.88 | | -204.00 |
| PX401K EE | | | -55.13 | | -710.21 |
| PX401K ERMATC - M | | | 27.57 | | 355.12 |
| HOURS WORKED | 84.08 | | | 1174.93 | |
| ADJ EARNINGS | | | 1305.45 | | 16841.02 |
| GROSS EARNINGS | 100.08 | | 1378.26 | 1246.93 | 17756.23 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 200.00 | 2390.00 |
| CHILD SUPPORT | 127.38 | 1528.66 |
| PX401K LOAN | 83.44 | 1001.28 |
| TOTAL | 410.82 | 4919.84 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 93.70 | 1300.78 |
| OASDI | 57.14 | 737.16 |
| MEDICARE | 19.73 | 254.49 |
| TOTAL | 170.57 | 2292.43 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 724.06 | 9828.75 |

Payrolls by Paychex, Inc.
0472-M650 VARIOSYSTEMS INC

VARIOSYSTEMS INC.
991 S. KIMBALL AVE.
SOUTHLAKE, TX 76092

0472-M650-DIRDEP
200
10399

| DATE | CHECK NO. |
|---|---|
| 06/01/2012 | Direct Deposit |

PAY TO THE ORDER OF

FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE TX 75052

Total Net Direct Deposit(s)
**$789.71**

AMOUNT

VOID THIS IS NOT A CHECK..............................................

JPMORGAN CHASE BANK

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
FRENCH B. JOHNSON
1710 INDEPENDENCE TRAIL
GRAND PRAIRIE, TX 75052

Soc Sec #: XXX-XX-XXXX   Employee ID: 10399
Hire Date: 12/04/06
Status: FT
Filing Status:
Federal: Married, 1
State: TX, Married, 1
Dept: 200

Pay Period: 05/13/12 to 05/26/12
Check Date: 06/01/12   Check #: Direct Deposit

PTO BEGIN: 144.00

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED |
|---|---|---|
| YEARLY TOT | 120.000 | 24.000 HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CREDIT UNION - 0032 | 789.71 | 8904.69 |
| Net Pay | 789.71 | 8904.69 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 80.00 | 13.0000 | 1040.00 | 865.02 | 11245.26 |
| OVERTIME EARNIN | 21.78 | 19.5000 | 424.71 | 225.83 | 4403.71 |
| HOLIDAY | | | | 24.00 | 312.00 |
| SICK/PERSONAL | | | | 8.00 | 104.00 |
| PTO | | | | 24.00 | 312.00 |
| AFLAC PRETAX | | | -17.88 | | -188.32 |
| PX401K EE | | | -58.59 | | -855.08 |
| PX401K ERMATC - M | | | 29.29 | | 327.55 |
| *HOURS WORKED* | 101.78 | | | 1090.85 | |
| *ADJ EARNINGS* | | | 1388.44 | | 16535.57 |
| *GROSS EARNINGS* | 101.78 | | 1464.71 | 1146.85 | 16378.97 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| ADVANCE | 200.00 | 2190.00 |
| CHILD SUPPORT | 127.38 | 1401.18 |
| PX401K LOAN | 83.44 | 917.84 |
| TOTAL | 410.82 | 4509.02 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 106.15 | 1207.08 |
| OASDI | 60.78 | 680.02 |
| MEDICARE | 20.98 | 234.76 |
| TOTAL | 187.91 | 2121.86 |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 789.71 | 8904.69 |

Payrolls by Paychex, Inc.
0472-M650 VARIOSYSTEMS INC

27-Jul-2012 06:44 PM Mortgage Servicing 817-864-7927  10/15
Case 12-34881-bjh7 Doc 4 Filed 07/31/12 Entered 07/31/12 17:41:17 Page 5 of 12
Statement of Earnings Details                                                                    Page 1 of 2

## Statement of Earnings Details

Learn more about how to read your statements of earnings and access your past paycheck history.

Print | Close

### Associate Details

| | |
|---|---|
| Person Number | 28175604 |
| Name | Mevelyn Jones-Johnson |
| Home Address | 121 Shadybrook Drive<br>Desoto TX 75115 |
| Company | Bank of America National Assoc<br>101 S TRYON ST<br>Charlotte NC 28255<br>USA |
| Work Location | TX2980 4200 AMON CARTER BLVD |
| GL Company / Cost Center | 00065-0220420 |
| Pay Rate | 44,044.00 Annual |

### Payroll Details

| | |
|---|---|
| Pay Frequency | Semimonthly |
| Pay Begin Date | Jul 01, 2012 |
| Pay End Date | Jul 15, 2012 |
| Advice # | 12483760 |
| Pay Date | Jul 13, 2012 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Married |
| Federal Allowances | 1 |
| Federal Addl Withholding | |
| TX Tax Marital Status | N |
| TX Allowances | 0 |
| TX Addl Withholding | |

### Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Earnings | | | | | 1,835.17 | | 22,512.39 |
| *Global Recog | | | | | 0.00 | | 82.56 |
| APIP - LAS | | | | | 0.00 | | 900.00 |
| Holiday | | | | | 0.00 | | 604.81 |
| Occasional Illness | | | | | 0.00 | | 256.03 |
| RSP Payout | | | | | 0.00 | | 500.00 |
| Shift Diff 8% | | | | | 146.81 | | 1,099.67 |
| Time And A Half OT | | | | | 0.00 | | 1,200.12 |
| Vacation Pay | | | | | 0.00 | | 1,240.44 |
| Total (Hours and Earnings). *-Imputed earning, not included in totals | | | | | 1,981.98 | | 28,338.77 |

https://hep1b01.hrbpo.hewitt.com/myHRBAC/Redirector?id=EarningDetails&index=0          7/25/2012

Statement of Earnings Details                                              Page 2 of 2

## Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 1,718.42 | 24,829.90 | 147.14 | 2,205.36 |
| Fed OASDI/EE | 1,797.70 | 25,763.40 | 75.50 | 1,082.06 |
| Fed MED/EE | 1,797.70 | 25,763.40 | 26.07 | 373.57 |
| Total (Taxes) | | | 248.71 | 3,660.99 |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| TEXAS TRUST CRE | *****0032 | Checking | 1,408.85 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre Tax Medical | 118.65 | 1,697.58 |
| DComp 401K | 79.28 | 933.50 |
| Pre Tax Dental | 50.32 | 719.88 |
| Pre Tax Vision | 10.57 | 151.26 |
| LTD Pre Tax | 3.38 | 45.51 |
| Accl Death Dismem | 1.36 | 18.39 |
| Total (Pre-Tax Deductions) | 263.56 | 3,566.12 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k Plan Loan | 56.01 | 877.66 |
| Spouse DP Life | 4.47 | 63.99 |
| Dep Child Life | 0.38 | 5.43 |
| Total (After-Tax Deductions) | 60.86 | 947.08 |

## Pay Summary

| | Gross (less Imputed) | less Taxes | less Deductions | equals Net Pay |
|---|---|---|---|---|
| Current | 1,981.98 | 248.71 | 324.42 | 1,408.85 |
| YTD | 28,338.77 | 3,660.99 | 4,513.20 | 20,164.58 |

27-Jul-2012 06:43 PM Mortgage Servicing 817-864-7927 8/15
Case 12-34881-bjh7 Doc 4 Filed 07/31/12 Entered 07/31/12 17:41:17 Page 7 of 12
Statement of Earnings Details Page 1 of 2

## Statement of Earnings Details

Learn more about how to read your statements of earnings and access your past paycheck history.

Print | Close

### Associate Details

| | |
|---|---|
| **Person Number** | 28175604 |
| **Name** | Mevelyn Jones-Johnson |
| **Home Address** | 121 Shadybrook Drive<br>Desoto TX 75115 |
| **Company** | Bank of America National Assoc<br>101 S TRYON ST<br>Charlotte NC 28255<br>USA |
| **Work Location** | TX2980 4200 AMON CARTER BLVD |
| **GL Company / Cost Center** | 00065-0220420 |
| **Pay Rate** | 44,044.00 Annual |

### Payroll Details

| | |
|---|---|
| **Pay Frequency** | Semimonthly |
| **Pay Begin Date** | Jun 16, 2012 |
| **Pay End Date** | Jun 30, 2012 |
| **Advice #** | 12235418 |
| **Pay Date** | Jun 29, 2012 |

### Tax Details

| | |
|---|---|
| **Federal Tax Marital Status** | Married |
| **Federal Allowances** | 1 |
| **Federal Addl Withholding** | |
| **TX Tax Marital Status** | N |
| **TX Allowances** | 0 |
| **TX Addl Withholding** | |

### Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Earnings | | | | | 1,835.17 | | 20,677.22 |
| *Global Recog | | | | | 0.00 | | 82.56 |
| APIP - LAS | | | | | 0.00 | | 900.00 |
| Holiday | | | | | 0.00 | | 604.81 |
| Occasional Illness | | | | | 0.00 | | 256.03 |
| RSP Payout | | | | | 0.00 | | 500.00 |
| Shift Diff 8% | | | | | 146.81 | | 952.86 |
| Time And A Half OT | | | | | 0.00 | | 1,200.12 |
| Vacation Pay | | | | | 0.00 | | 1,240.44 |
| Total (Hours and Earnings)<br>*-Imputed earning, not included in totals | | | | | 1,981.98 | | 26,356.79 |

27-Jul-2012 06:44 PM Mortgage Servicing 817-864-7927 9/15
Case 12-34881-bjh7 Doc 4 Filed 07/31/12 Entered 07/31/12 17:41:17 Page 8 of 12
Statement of Earnings Details Page 2 of 2

## Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 1,718.42 | 23,111.48 | 147.14 | 2,058.22 |
| Fed OASDI/EE | 1,797.70 | 23,965.70 | 75.50 | 1,006.56 |
| Fed MED/EE | 1,797.70 | 23,965.70 | 26.06 | 347.50 |
| Total (Taxes) | | | 248.70 | 3,412.28 |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| TEXAS TRUST CRE | *****0032 | Checking | 1,408.86 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre Tax Medical | 118.65 | 1,578.93 |
| DComp 401K | 79.28 | 854.22 |
| Pre Tax Dental | 50.32 | 669.56 |
| Pre Tax Vision | 10.57 | 140.69 |
| LTD Pre Tax | 3.38 | 42.13 |
| Accd Death Dismem | 1.36 | 17.03 |
| Total (Pre-Tax Deductions) | 263.56 | 3,302.56 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k Plan Loan | 56.01 | 821.65 |
| Spouse DP Life | 4.47 | 59.52 |
| Dep Child Life | 0.38 | 5.05 |
| Total (After-Tax Deductions) | 60.86 | 886.22 |

## Pay Summary

| | Gross (less Imputed) | less Taxes | less Deductions | equals Net Pay |
|---|---|---|---|---|
| Current | 1,981.98 | 248.70 | 324.42 | 1,408.86 |
| YTD | 26,356.79 | 3,412.28 | 4,188.78 | 18,755.73 |

## Statement of Earnings Details

Learn more about how to read your statements of earnings and access your past paycheck history.

Print | Close

### Associate Details

| | |
|---|---|
| Person Number | 28175604 |
| Name | Mevelyn Jones-Johnson |
| Home Address | 121 Shadybrook Drive<br>Desoto TX 75115 |
| Company | Bank of America National Assoc<br>101 S TRYON ST<br>Charlotte NC 28255<br>USA |
| Work Location | TX2980 4200 AMON CARTER BLVD |
| GL Company / Cost Center | 00065-0220420 |
| Pay Rate | 44,044.00 Annual |

### Payroll Details

| | |
|---|---|
| Pay Frequency | Semimonthly |
| Pay Begin Date | Jun 01, 2012 |
| Pay End Date | Jun 15, 2012 |
| Advice # | 11981773 |
| Pay Date | Jun 15, 2012 |

### Tax Details

| | |
|---|---|
| Federal Tax Marital Status | Married |
| Federal Allowances | 1 |
| Federal Addl Withholding | |
| TX Tax Marital Status | N |
| TX Allowances | 0 |
| TX Addl Withholding | |

### Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Earnings | | | | | 1,835.17 | | 18,842.05 |
| *Global Recog | | | | | 0.00 | | 82.56 |
| APIP - LAS | | | | | 0.00 | | 900.00 |
| Holiday | | | | | 0.00 | | 604.81 |
| Occasional Illness | | | | | 0.00 | | 256.03 |
| RSP Payout | | | | | 0.00 | | 500.00 |
| Shift Diff 8% | | | | | 146.81 | | 806.05 |
| Time And A Half OT | | | | | 0.00 | | 1,200.12 |
| Vacation Pay | | | | | 0.00 | | 1,240.44 |
| **Total (Hours and Earnings)**<br>*-Imputed earning, not included in totals | | | | | 1,981.98 | | 24,374.81 |

27-Jul-2012 06:43 PM Mortgage Servicing 817-864-7927 7/15
Case 12-34881-bjh7 Doc 4 Filed 07/31/12 Entered 07/31/12 17:41:17 Page 10 of 12
Statement of Earnings Details Page 2 of 2

## Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 1,718.42 | 21,393.06 | 147.14 | 1,911.08 |
| Fed OASDI/EE | 1,797.70 | 22,168.00 | 75.51 | 931.06 |
| Fed MED/EE | 1,797.70 | 22,168.00 | 26.07 | 321.44 |
| Total (Taxes) | | | 248.72 | 3,163.58 |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| TEXAS TRUST CRE | *****0032 | Checking | 1,408.84 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre Tax Medical | 118.65 | 1,460.28 |
| DComp 401K | 79.28 | 774.94 |
| Pre Tax Dental | 50.32 | 619.24 |
| Pre Tax Vision | 10.57 | 130.12 |
| LTD Pre Tax | 3.38 | 38.75 |
| Accl Death Dismem | 1.36 | 15.67 |
| Total (Pre-Tax Deductions) | 263.56 | 3,039.00 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401k Plan Loan | 56.01 | 765.64 |
| Spouse DP Life | 4.47 | 55.05 |
| Dep Child Life | 0.38 | 4.67 |
| Total (After-Tax Deductions) | 60.86 | 825.36 |

## Pay Summary

| | Gross (less Imputed) | less Taxes | less Deductions | equals Net Pay |
|---|---|---|---|---|
| Current | 1,981.98 | 248.72 | 324.42 | 1,408.84 |
| YTD | 24,374.81 | 3,163.58 | 3,864.36 | 17,346.87 |

27-Jul-2012 06:43 PM Mortgage Servicing 817-864-7927 4/15
Case 12-34881-bjh7 Doc 4 Filed 07/31/12 Entered 07/31/12 17:41:17 Page 11 of 12
Statement of Earnings Details Page 1 of 2

## Statement of Earnings Details

Learn more about how to read your statements of earnings and access your past paycheck history.

Print | Close

### Associate Details

| | |
|---|---|
| **Person Number** | 28175604 |
| **Name** | Mevelyn Jones-Johnson |
| **Home Address** | 121 Shadybrook Drive<br>Desoto TX 75115 |
| **Company** | Bank of America National Assoc<br>101 S TRYON ST<br>Charlotte NC 28255<br>USA |
| **Work Location** | TX2980 4200 AMON CARTER BLVD |
| **GL Company / Cost Center** | 00065-0220420 |
| **Pay Rate** | 44,044.00 Annual |

### Payroll Details

| | |
|---|---|
| **Pay Frequency** | Semimonthly |
| **Pay Begin Date** | May 16, 2012 |
| **Pay End Date** | May 31, 2012 |
| **Advice #** | 11733049 |
| **Pay Date** | May 31, 2012 |

### Tax Details

| | |
|---|---|
| **Federal Tax Marital Status** | Married |
| **Federal Allowances** | 1 |
| **Federal Addl Withholding** | |
| **TX Tax Marital Status** | N |
| **TX Allowances** | 0 |
| **TX Addl Withholding** | |

### Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Earnings | | | | | 1,835.17 | | 17,006.88 |
| *Global Recog | | | | | 0.00 | | 82.56 |
| APIP - LAS | | | | | 0.00 | | 900.00 |
| Holiday | | | | | 0.00 | | 604.81 |
| Occasional Illness | | | | | 0.00 | | 256.03 |
| RSP Payout | | | | | 0.00 | | 500.00 |
| Shift Diff 8% | | | | | 146.81 | | 659.24 |
| Time And A Half OT | | | | | 0.00 | | 1,200.12 |
| Vacation Pay | | | | | 0.00 | | 1,240.44 |
| **Total (Hours and Earnings)**<br>*-Imputed earning, not Included in totals | | | | | 1,981.98 | | 22,392.83 |

27-Jul-2012 06:43 PM Mortgage Servicing 817-864-7927 5/15
Case 12-34881-bjh7 Doc 4 Filed 07/31/12 Entered 07/31/12 17:41:17 Page 12 of 12
Statement of Earnings Details Page 2 of 2

### Taxes

| Description | Current Taxable | YTD Taxable | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Fed Withholdng | 1,718.42 | 19,674.64 | 147.14 | 1,763.94 |
| Fed OASDI/EE | 1,797.70 | 20,370.30 | 75.50 | 855.55 |
| Fed MED/EE | 1,797.70 | 20,370.30 | 26.07 | 295.37 |
| Total (Taxes) | | | 248.71 | 2,914.86 |

### Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| TEXAS TRUST CRE | *****0032 | Checking | 1,464.86 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre Tax Medical | 118.65 | 1,341.63 |
| DComp 401K | 79.28 | 695.66 |
| Pre Tax Dental | 50.32 | 568.92 |
| Pre Tax Vision | 10.57 | 119.55 |
| LTD Pre Tax | 3.38 | 35.37 |
| Accl Death Dismem | 1.36 | 14.31 |
| Total (Pre-Tax Deductions) | 263.56 | 2,775.44 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Spouse DP Life | 4.47 | 50.58 |
| Dep Child Life | 0.38 | 4.29 |
| 401k Plan Loan | 0.00 | 709.63 |
| Total (After-Tax Deductions) | 4.85 | 764.50 |

### Pay Summary

| | Gross (less imputed) | less Taxes | less Deductions | equals Net Pay |
|---|---|---|---|---|
| Current | 1,981.98 | 248.71 | 268.41 | 1,464.86 |
| YTD | 22,392.83 | 2,914.86 | 3,539.94 | 15,938.03 |